IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20721-CIV-KING/BANDSTRA

EDWARD VIGO FLORIAN,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S SUPPLEMENTAL REPORT & RECOMMENDATION REGARDING ATTORNEYS' FEES

THIS CAUSE comes before the Court upon Magistrate Judge Ted A. Bandstra's November 10, 2010 Supplemental Report and Recommendation (DE #32) regarding Plaintiff's Renewed Motion for Attorneys' Fees (DE #29), filed October 4, 2010. The matter was referred to Magistrate Judge Bandstra for determination of the proper amount in attorneys' fees that should be awarded to Plaintiff on the basis of Defendant's improper removal. In his Supplemental Report and Recommendation, Magistrate Judge Bandstra found that an award for $10,521 to Plaintiff was appropriate. Neither party has filed any objection to the Supplemental Report and Recommendation.

Accordingly, having considered the record and Magistrate Judge Bandstra's findings, it is **ORDERED, ADJUDGED,** and **DECREED** that:

    1. Magistrate Judge Bandstra's Report and Recommendation (DE #32) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Plaintiff's Renewed Motion for Attorneys' Fees (DE #29) be **GRANTED in part** in the amount of **$10,521.00**.

3. All pending motions are **DENIED** as **MOOT**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 24th day of November, 2010.

*[signature]*
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**Magistrate Judge Ted A. Bandstra**

**Counsel for Plaintiff**
**Keith Steven Brais**
Brais & Associates PA
New World Tower Suite 800
100 N Biscayne Boulevard
Miami, FL 33132
305-416-2901
Fax: 305-416-2902
Email: gcraft@braislaw.com

**Richard Dennis Rusak**
Brais & Associates, P.A.
100 North Biscayne Blvd.
Suite 800
Miami, FL 33132
305-416-2901
Fax: 305-416-2902
Email: RRusak@Braislaw.com

**Counsel for Defendant**
**Scott P. Mebane**
Mase Lara Eversole PA
2601 South Bayshore Drive

Suite 800
Miami, FL 33133
305-377-3770
Fax: 305-377-0080
Email: smebane@mletrial.com

**John Maurice Mitchell**
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, FL 33178-2428
305-599-2600
Fax: 406-5347
Email: jmitchell@carnival.com

**Valentina M. Tejera**
Mase, Lara, Eversole P.A.
2601 South Bayshore Drive
Suite 800
Miami, FL 33133
305-377-3770
Fax: 377-5655
Email: vtejera@mletrial.com